IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
2:18-CV-56-BO

| | |
|---|---|
| HELEN S. SWAIN, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ANDREW M. SAUL, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| Defendant. ) | |

This Motion being submitted to the Court for an Order upon Motion for Attorney Fees under §406(b) of the Social Security Act filed by Branch W. Vincent, III, Attorney at Law. The Court has considered the Motion and Orders payment of the sum of **$19,404.25** for attorney fees as requested which sum represents 25% of Plaintiff's past due benefits of **$77,617.00** as calculated by the Social Security Administration. This amount shall be withheld from Plaintiff's past due benefits as established by the Social Security Administration pursuant to §406(b) of the Social Security Act. Upon receipt of the §406(b) fee awarded herein, Plaintiff shall be reimbursed the EAJA fee previously paid to Plaintiff's counsel ($4,150.00).

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's counsel, Branch W. Vincent, III, Attorney at Law, the sum of $19,404.25 [handwritten: $14,000.00 TWB] from Plaintiff's past due benefits. Plaintiff's counsel shall thereafter reimburse and otherwise pay Plaintiff the EAJA fee previously paid herein in the amount of $4,150.00. Upon the payment of such sums this case is dismissed with prejudice.

This 23 day of June, 2021.

Terrence Boyle
United States District Judge