# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# NORTHERN DIVISION

| | |
|---|---|
| HELEN SIMMONS SWAIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | |
| ) | **CASE NO. 2:18-CV-56-BO** |
| ANDREW M. SAUL, Commissioner of Social ) | |
| Security, ) | |
| Defendant. ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner of Social Security pay to Plaintiff's counsel, Branch W. Vincent, III, Attorney at Law, the sum of $14,000.00 from Plaintiff's past due benefits. Plaintiffs counsel shall thereafter reimburse and otherwise pay Plaintiff the EAJA fee previously paid herein in the amount of $4,150.00. Upon the payment of such sums this case is dismissed with prejudice.

**This Judgment Filed and Entered on June 24, 2021, and Copies To:**
| | |
|---|---|
| Branch W. Vincent, III | (via CM/ECF electronic notification) |
| Wanda D. Mason | (via CM/ECF electronic notification) |
| Cassia W. Parson | (via CM/ECF electronic notification) |
| Gabriel R. Deadwyler | (via CM/ECF electronic notification) |

DATE:  PETER A. MOORE, JR., CLERK
June 24, 2021  (By) /s/ Nicole Sellers
  Deputy Clerk